**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**William ORTIZ, Petitioner**

No. 553 EAL 2016

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Robert FENNELL, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS,**
**Respondent**

No. 44 EM 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jack WILLIAMS, Petitioner**

No. 10 EAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**